## UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 |
| Silverio Reyna | ) | Case No. 11-45098 |
| | ) | Hon. Carol Doyle |
| Debtor | ) | Trustee: Gina Krol |

### EMERGENCY NOTICE OF MOTION

TO:   Trustee, Gina Krol, by electronic notice via ECF
      US Trustee, Patrick S. Layng, by electronic notice via ECF

PLEASE TAKE NOTICE that on January 27, 2011 at 9:00 a.m., or as soon as counsel may be heard, I shall appear before the Honorable Carol A. Doyle, Bankruptcy Judge, in Courtroom 4016 in the DuPage County Courthouse , 505 N. County Farm Rd, Wheaton, Illinois, or in her absence, before such judge who may be sitting in her place and stead and hearing bankruptcy motions, and shall then and there present the **EMEREGENCY MOTION PERMITTING THE SALE OF REAL ESTATE**, a copy of which is attached and herewith served upon you.

AT WHICH TIME AND PLACE you may appear if you so see fit.

Jason Kunowski
3833 S. Harlem Avenue
Berwyn, IL  60402

### CERTIFICATE OF SERVICE

Jason Kunowski certifies that he caused the above and foregoing notice and attached pleadings to be served upon the persons named above via electronic notice and on the persons named on the attached service list by mailing a true copy thereof, addressed as aforesaid, on January 26, 2012, before the hour of 6:00 p.m.

/s/ Jason Kunowski

Jason Kunowski
Attorney No. 6301820
Chicago Legal LLC.
3833 S. Harlem Ave.
Berwyn, IL 60402
(708) 795-7000

## UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 |
| Silverio Reyna | ) | Case No. 11-45098 |
| | ) | Hon. Carol Doyle |
| Debtor | ) | Trustee: Gina Krol |

### EMERGENCY MOTION PERMITTING THE SALE OF REAL ESTATE

NOW COMES Silverio Reyna, the chapter 7 debtor herein, by and through one of his attorneys, Jason Kunowski, moves this court for the entry of an order permitting the sale of real estate, and in support of his motion states as follows:

1. On November 4, 2011, the Debtor commenced this case by filing a chapter 7 petition.

2. Prior to July 26, 2007, the Debtor owned the property with Catalina Reyna located at 626 W. Ridge Road, Villa Park Illinois 60181(hereinafter "Property").

3. On July 26, 2007, the Debtor executed a quit claim deed for the Property.

4. On October 10, 2011, Catalina Reyna entered into a contract for the sale of the Property for $115,000.00. The Real Estate Contract is attached and annexed hereto as Exhibit 1.

5. Even though the Debtor is no longer the owner of the property, Bank of America, N.A., the short sale lender, requires an Order Permitting the Sale of the Real Estate. See Exhibit 2.

6. Bank of America, N.A.'s short sale approval expires of February 2, 2012 and the closing has been scheduled for January 27, 2012. See Exhibit 3.

7. On January 26, 2012, Bank of America, N.A. notified Catalina Reyna that the Trustee's No Asset Report was insufficient to allow the closing to proceed. See Exhibit 4.

8. The matter is an emergency because the closing cannot be postponed, due to the buyer being required to give two weeks notice to work.

9. There will be no proceeds that will be going to the debtor as a result of this real estate transaction, because the debtor is no longer owner of the Property. See Exhibit 5

10. The Debtor requests that the court waive further notice of this motion.

**WHEREFORE,** Silverio Reyna prays that this court enter an order permitting the sale of real estate, authorize the Debtor to execute all documents necessary to consummate the closing of the sale of the property, and grant such other and further relief as is just in the circumstances.

        Respectfully submitted,

        Silverio Reyna

        By: __/s/ Jason Kunowksi__
            One of His Attorneys

Jason Kunowski
Attorney No. 6301820
Chicago Legal LLC.
3833 S. Harlem Ave.
Berwyn, IL 60402
(708) 795-7000

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 |
| Silverio Reyna | ) | Case No. 11-45098 |
| | ) | Hon. Carol Doyle |
| Debtor | ) | Trustee: Gina Krol |

### Rule 9011 Certification Regarding Request for Emergency Hearing

I hereby certify as a member of the Bar of the District Court for the Northern District of Illinois, that I have carefully examined this matter, that this matter is properly brought as an emergency matter as defined in local Bankruptcy Rule 5096-1, and that there is a true necessity for an emergency hearing.

I certify further that the necessity for this emergency hearing has not been caused by any lack of due diligence or intentional action or failure to act on my own part or by my client, but has been brought about only by the circumstances of this case.

I certify that I have made a bona fide effort to resolve this matter without a hearing.

Dated this 26th day of January, 2012.

Jason Kunowski

6301820
ARDC Registration Number

708-795-7000